## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

_____Your affiant, TFO Warren A. McGee, being duly sworn, hereby deposes and says as follows:

### INTRODUCTION:

1.      This affidavit is offered in support of an application for a warrant to search:

A) **xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, Washington, D.C.**

   **The premises known as xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, Washington**

   **D.C.**

is an apartment in a multistory apartment building known as the Xxxxxxxxx Apartments.  The building is constructed of red brick.  The number "xxxx" is posted on the front of the building.  Apartment #xxx is located on the main level of the building.  The number #xxx is affixed on the front of the apartment door.  The front door of the apartment is brown in color.


B)xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, Washington, D.C.

   The premises known asxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx,

Washington DC is an apartment in a Garden style apartment building known as the Xxxxxxxxxxxx Apartments.  The building is constructed of yellow/white/light brown brick.  The number "xxxx" is posted to the front door of the building.  Apartment #xxx is located on the bottom level of the building.  The number #xxx is affixed on the front of the apartment door.  The front door of the apartment is blue in color.


C) **xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, Washington, D.C**.

The premises known as **xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, Washington DC** is a townhouse.  The building is constructed of brown concrete and located in the Xxxxxxxxxxxxx neighborhood. A white storm door is attached to the house. The number "xxxx" is posted at the top of the front door.  The front door is green in color.

### AFFIANT'S EXPERIENCE

2.    I have been employed as a police officer with the Fairfax County Police Department since 1989.  I have served as a Detective with the Organized Crime Division, Narcotics Section, from 1993 to 1999 and from December 2002 to the present.  I am currently assigned to the Drug Enforcement Administration's Northern Virginia High Intensity Drug Trafficking Area Task Force (HIDTA) and have been deputized as a Drug Enforcement Administration Task Force Officer (TFO) since January of 2003.  I was also deputized as a TFO from 1996 to 1999.  I have participated in numerous narcotics investigations resulting in the convictions of drug distributors and the seizure of significant quantities of controlled substances.  I will use the terms "cocaine base" and " crack cocaine" inter-changeably throughout this affidavit.  Both terms mean cocaine base as I use them.

3.    I have received training in drug identification, drug distribution methods, and enforcement techniques from local and federal agencies, including Virginia's Department of Criminal Justice Service, the Institute of Police Technology and Management, the United States Department of Justice, the United States Army, and the Fairfax County Public Safety Academy.

4.    All of the information contained in this affidavit is personally known by me or has been related to me by other law enforcement officers involved in this investigation.  This

2

affidavit contains information necessary to support probable cause for this application.  It is not intended to include each and every fact and matter observed by me or known to the government.

5.     Based on my experience and training, I know that:

a. Drug traffickers commonly maintain at their residence and on their property, books, records, receipts, computer diskettes, computers, notes, ledgers, airlines tickets, money orders, and other paper relating to the transportation, purchase, packaging, sale, and distribution of controlled substances.

b. Drug traffickers commonly maintain in their residences and on their property, books or paper, which reflect the names, addresses, and telephone numbers of their suppliers, couriers, customers, and other associates in the illegal drug trade.

c. Drug traffickers commonly maintain in their residences and on their property, books or papers, and documents in secure locations within their residences and their property, so they can have ready access to such information.

d. Drug traffickers attempt to legitimize the proceeds from the sale of controlled substances. They often accomplish this by using the services of foreign and domestic banks and various financial institutions, and real estate brokers. Books and papers relating to such efforts, including but not limited to, cashier checks, money orders, telegrams, letters of credit and ledgers, are maintained in the residence and on the property of the drug trafficker.

e. Drug traffickers take, or cause to be taken, photographs of themselves, their associates in the drug trade, property derived from the distribution of narcotics, and their products, and that such photographs are often in their residence.

f. Drug traffickers very often place assets, including real property and personal property, such as vehicles, in names other then their own to avoid the detection and forfeiture of such assets by government agencies and continue to use these assets and to exercise dominion and control over them even though the assets are normally owned by them. Drug dealers often use female associates or family members as named owners for these assets.

g. Cocaine and cocaine base, commonly known as "crack cocaine," are both Schedule II controlled substances. In order to create cocaine base, cocaine has to be "cooked." Drug dealers often use residences to cook, and package cocaine, and/or store money.

h. Drug traffickers commonly keep packaging materials, scales, owe sheets, and other drug paraphernalia in their residence and on their property.

i. Drug traffickers commonly have in their possession on their person, at their residence, and /or business, firearms, including but not limited to, handguns, pistols, revolvers, rifles, shotguns, machine guns, and other weapons.

j. Drug traffickers who sell crack cocaine often use their residences, or stash houses to cook powder cocaine into crack, and they sometimes use stash houses to store cocaine away from their primary residences. Many drug traffickers use the home of associates to store drugs, cut drugs and package drugs for resale. Many drug dealers store drug proceeds at various locations, or in safety deposit boxes, or safes, in order to avoid detection, seizure, or robbery. Many drug dealers attempt to use different residences for different purposes to reduce the likelihood of detection, seizure or robbery.

## BACKGROUND

6. This case involves a two year long investigation into members of a narcotics conspiracy. Because this affidavit mentions so many different people, cars and addresses throughout, your affiant has provided summaries throughout to assist the clarity of this affidavit. First, there is a short list of individuals referenced herein, their roles in the group, their relationships to one another, and their criminal histories where relevant to the question of probable cause to search their various residences. Second, there is a brief description of the relevant vehicles used by the members of this group and their relationship to the three addresses. Third, there is a narrative of the investigation. Fourth, there is a summary of the probable cause to search the above-listed addresses.

Individuals referred to herein:

A)     TYRONE JONES:

Synopsis: During the period of the investigation, Jones has repeatedly sold quantities of crack cocaine to an undercover officer, a source and a known defendant. He appears to use all three addresses listed herein in the course of his business as is set forth below.

Relationship: TYRONE JONES is the brother of RICKY JONES, who is presently incarcerated. TYRONE JONES is the son of Tonglya Jones (also known as Tonya Jones). TYRONE JONES is romantically linked to CHEQUITA SADE ARCHIE.

Addresses:

a) <u>Xxxxxxxxxxxxx address</u>: TYRONE JONES' mother, Tonglya Jones, lives at this address. TYRONE JONES has been seen leaving this address shortly before he engaged in an undercover drug transactions as set forth below. He has had a telephone billed to this address. He has been observed driving vehicles which have appeared parked at this address.

b) <u>Xxxxxxxxxxxxx address</u>: TYRONE JONES has a cell phone in his name billed to this address which he uses to set up drug deals. He is listed as a renter of this address, and he receives mail at this location. Surveillance reveals that he parks cars used to attend drug deals in Virginia at this address. He has been observed coming and going from this address recently.

c) <u>Xxxxxxxxxxxxx address</u>:  Cars used by TYRONE JONES have recently been observed to be parked at this address. TRYONE JONES has been seen coming and going from this address just before he engaged in a sale of crack cocaine to and undercover agent in Northern Virginia. At that particular drug sale, TYRONE JONES had on his person extra crack cocaine suggesting he was also meeting with other people to supply them with crack. A known defendant has stated, against his own penal interests, that he purchased drugs from TYRONE JONES in front of this address. The car that TYRONE JONES used to attend this sale of crack cocaine in Virginia is registered to CHEQUITA SADE ARCHIE at this address, who is believed to reside at this address. ARCHIE has an arrest history in the District of Columbia for Possession with Intent to Distribute crack cocaine. TYRONE JONES has described ARCHIE as his girlfriend to law enforcement officers during a traffic stop.

<u>Criminal History</u>:

TYRONE JONES was arrested on January 9, 2004, for Possession with Intent to Distribute cocaine base in Alexandria, Virginia. Jones was the driver of a vehicle, though he did not have a valid driver's license.  After he was arrest, JONES' car was searched and found to contain a gram-weight scale with cocaine residue on it's surface, and $1,657.50 in U.S. currency.[1]

B)    RICKY JONES:

   Synopsis:

_____During the course of the investigation, RICKY JONES has sold crack cocaine to an undercover officer.  He has been observed riding with TYRONE JONES in vehicles.  RICKY JONES was arrested during the period of this investigation for Possession with Intent to Distribute crack cocaine.

   Relationship:

_____RICKY JONES is the brother of TYRONE JONES, and the son of Tonglya Jones. RICKY JONES is thought to be romantically associated with CHANNEL HAMMOND.

   Addresses:

_____a)  Xxxxxxxxxxxxx address: RICKY JONES has a cell phone which he used to schedule a meeting to sell crack to an undercover.  That cell phone is billed to this address.  His mother appears to reside at this address, and his brother appears to use this address.  During his recent arrest in Fairfax County, RICKY JONES appears to have provided this address to law

---

[1]    A passenger in JONES' car was not charged.

enforcement either verbally or by giving them identification that bears this address.  In October of 2005, RICKY JONES told police during a traffic stop that this was his address.

b) Xxxxxxxxxxxxx address: RICKY JONES' association to this address is not clear, except that he parks a car at this address - a car he drove to attend and undercover drug sale in Virginia.

c) Xxxxxxxxxxxxx address: RICKY JONES' association to this address is not clear except that he parks a car at this address -  a car he drove to attend and undercover drug sale in Virginia.

Criminal History:

RICKY JONES was arrested for Possession with Intent to Distribute crack cocaine in Fairfax Virginia on October 6, 2005, while he was under investigation by your affiant.  He is currently incarcerated in Arlington County's Detention Center.  RICKY JONES was called by a law enforcement source and asked to sell a quantity of crack cocaine.  When RICKY JONES arrived at the location of the controlled buy, police officers attempting to arrest him shouted to him.  Instead of stopping, he ran away, leaving the car behind.  In his flight path, officers recovered more than 25 grams of crack cocaine.[2]

C)      TONGLYA CARTER (also known as Tonya Carter):

Synopsis:

_____Tonglya Carter appears to reside at the Xxxxxxxxxxxxx address.  She is the mother of TYRONE JONES and RICKY JONES.  She and her sons are known to Arlington County police

---

[2]      The driver of the car was Eric Bryant, who was shot in the calf by police during this incident.

officers who have had contact with the family for more than 15 years. Tonglya Carter appears in jail calls wherein her sons are discussing (in code) owing her $1,000. She is a convicted felon with a history of crack cocaine sales.

Relationship:

Ms. Carter is the mother of TYRONE and RICKY JONES.

Addresses:

a) Xxxxxxxxxxxxx address: Carter has a car registered to her at this address, and that car has been seen parked at that address. The land-line phone number to this address is billed to Carter at this address.

b) Xxxxxxxxxxxxx address: Your affiant has no information linking her to this address.

c) Xxxxxxxxxxxxx address: Your affiant has no information linking her to this address.

Criminal History:

Tonglya Carter was convicted of Possession with Intent to Distribute crack cocaine in 1992 in the Eastern District of Virginia. After she entered a cooperation/plea agreement and provided substantial assistance to the government, she served one year in prison. In 1995, she again acted as a cooperator in a narcotics investigation in the Eastern District of Virginia, although she was not charged in that conspiracy.


C)    CHEQUITA SADE ARCHIE:    ARCHIE is referred to as "SADE" by the JONES

brothers. She is romantically linked to TYRONE JONES, based his statements. It appears that ARCHIE resides at the **Xxxxxxxxxxxxx address**, since a vehicle registered to her has been seen parked there. TYRONE JONES has driven a different vehicle to attend drug sales in Virginia which has been observed parked at this location. TYRONE JONES has been seen coming and going from this address right before he met with the undercover agent to sell him crack cocaine. In a separate event, TYRONE JONES received a police citation while driving ARCHIE's car in Virginia..

D)    <u>KAREEM DAMON PARKER:</u>    PARKER is a life-long friend and associate of TYRONE JONES and RICKY JONES. PARKER was arrested in 2005 for Conspiracy to Distribute crack cocaine. After his arrest, a residence linked to him was searched as part of the investigation. Money (more than $14,000 in U.S. currency) and papers were recovered from that residence. One of the papers had the name of TYRONE JONES, the **Xxxxxxxxxxxxx address**, and the cell phone JONES used to set up meetings and talk about drug sales with the undercover agent. The same paper contained the name of AQUANETTE (presumably PETERS).

E)    <u>AQUANETTE PETERS:</u>    PETERS' name and phone number were on a piece of paper recovered in a search warrant executed at the residence linked to KAREEM DAMON PARKER. The same paper bore the name, address and phone number of TYRONE JONES. PETERS received a jail call from PARKER wherein she and PARKER discussed a "hammer" (firearm) which TYRONE JONES was supposed to pick up from PETERS. She is referred to in other jail calls by PARKER as knowing about "the item," or firearm.

10

F)    <u>CHANNELL HAMMOND</u>: HAMMOND is believed to be the girlfriend of RICKY

JONES.  She has a car registered to her that RICKY JONES has driven to attend an undercover

drug sale.

7.  <u>Vehicles relevant to the investigation</u>:

a)    <u>Mercury</u>: This car, which has DC tags is registered to Tonglya Jones at the

**Xxxxxxxxxxxxx address**.  It was used by TYRONE JONES to attend a sale of

crack in Virginia.  This car has been observed at the **Xxxxxxxxxxxxx address**

during surveillance.

b)    <u>Crown Vic</u>: This car was driven by TYRONE JONES during a traffic stop is

Virginia wherein he told police the car belonged to his girlfriend.  This car is

registered to CHEQUITA SADE ARCHIE at the **Xxxxxxxxxxxxx address**.

c)    <u>Blue Cadillac</u>:  TYRONE JONES has driven what appeared to be car to drug

sales in Virginia.  It is registered to a known person whose significance to this

investigation is unknown.  This car has been observed during surveillance at all

three addresses, but more times at the **Xxxxxxxxxxxxx and Xxxxxxxxxxxxx**

**addresses**.  Police in Virginia stopped TYRONE and RICKY JONES together in

this car during the period of the investigation.

d)    <u>Blue Bronco</u>: This car is registered to CHANNELL HAMMOND.  RICKY

JONES used this car to attend a drug sale in Virginia.  During surveillance, this

car has been seen at the **Xxxxxxxxxxxxx and Xxxxxxxxxxxxx addresses**.

## CASE HISTORY

8.   In April 2004, Detective Kenneth Giles of the Arlington County Police Department utilized a cooperating source, (hereafter referred to as "CS-1"), during this investigation. Regardless of the gender of CS-1, CS-1 will be referred to in the masculine gender.  CS-1 has made statements against his own penal interests and have provided law enforcement both reliable and credible information during this investigation. In April 2004, Detective Giles was assigned to the Arlington County Police Department Narcotics Section.

9. On or about April 29, 2004, CS-1, while acting under the direction and supervision of law enforcement authorities, arranged the purchase of crack cocaine from TYRONE JONES. Special Agent (S/A) Dennis Maye of the Drug Enforcement Agency (DEA) was working in an under-cover capacity, accompanied CS-1 to a shopping center parking lot, located in Arlington County Virginia, within the Eastern District of Virginia.  During the meeting, CS-1 introduced S/A Maye to TYRONE JONES. TYRONE JONES distributed 5.5 grams of crack cocaine to S/A Maye in exchange for $580.  TYRONE JONES wrote the name "TY" and a phone number of "xxx xxx-xxxx" on a piece of paper. TYRONE JONES gave the paper to S/A Maye. TYRONE JONES instructed S/A Maye to call him at the number on the piece of paper for future deals. Later investigation revealed that this telephone was subscribed to by "Tyrone Jones," SS# xxx-xx-xxxx, DOB: xx/xx/xx, with a billing address: **xxxx xxxxxxxxxxxx. xxx, Washington, D.C. xxxxx.**   A chemical analysis performed at the DEA Mid Atlantic Laboratory confirmed the substance was cocaine base.  SA Maye identified TYRONE JONES from a police photo as being the person who sold him the drugs on this occasion.

10. On or about May 19, 2004, S/A Maye, working in an undercover capacity, again arranged the purchase of crack cocaine from TYRONE JONES. S/A Maye met TYRONE JONES in the same shopping center parking lot located in Arlington County, Virginia.  During the meeting, TYRONE JONES distributed 12 grams of what later tested positive for crack cocaine to S/A Maye in exchange for $600.

11. On or about July 1, 2004, S/A Maye, working in an undercover capacity, again arranged the purchase of crack cocaine from TYRONE JONES. S/A Maye met TYRONE JONES in the same shopping center parking lot located in Arlington County Virginia.  During the meeting, TYRONE JONES distributed 25.7 grams of what later tested positive for crack cocaine to S/A Maye in exchange for $1,100.

12. On or about September 16, 2004, S/A Maye, working in an under-cover capacity, again arranged the purchase of crack cocaine from TYRONE JONES.   Prior to the above-mentioned deal, S/A Carl Shirer of the Drug Enforcement Agency conducted pre-surveillance at **xxxx Xxxxxxxxxxxxx Xxxxxx xxxxx, Washington, D.C.**  S/A Shirer observed a subject matching TYRONE JONES' description exit the apartment building and enter a blue 4-door Cadillac bearing a Washington, D.C. temporary tag.[3]  S/A Shirer followed the blue Cadillac to a location in Washington, D.C. S/A Shirer terminated surveillance at that time. A short later,

---

[3]         This vehicle appeared to be the same car was later used in another drug deal and also changed tags.  On October 7, 2005, TYRONE JONES arrived to sell crack cocaine to the undercover in the same blue 4-door Cadillac which was now bearing Virginia "xxxxxxx."  The vehicle was then registered to someone other than TYRONE JONES - Macon Taylor Jr, at xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx Xxxxxxxxxxxx Virginia xxxxxx. On or about October 9, 2005, at approximately 6:30 a.m., I conducted surveillance at **xxxx Xxxxxxxxxxxxx, Xxxxxx xxxxx, Washington, D.C.** I observed a blue 4-door Cadillac bearing Virginia license plate "xxx-xxxx" parked in the parking lot of the apartment complex.

TYRONE JONES, still driving the blue Cadillac, met S/A Maye at the same shopping center parking lot located in Arlington County, Virginia.  During the meeting, TYRONE JONES distributed 23.1 grams of what later tested positive for crack cocaine to S/A Maye in exchange for $1,100.

13.    TYRONE JONES arrived at the above-mentioned crack cocaine deal driving a green Mercury Mountaineer bearing Washington, D.C. license plates "xxxxx". The vehicle is registered to Tonglya Carter, TYRONE JONES' mother, at **xxxx Xxxxxxxxxxxxx Apt. xxx, Xxxxxx xxxxx, Washington, D.C.**

14.    In August of 2005, KAREEM DAMON PARKER was arrested  by members of the Drug Enforcement Agency's (DEA) Task Force for Conspiracy to Distribute and Possession With Intent to Distribute crack cocaine in violation of 21 U.S.C. §846.  PARKER was detained at the Arlington County Adult Detention Center in Arlington, Virginia, on a separate charge of Possession With Intent to Distribute heroin.  Detectives in Arlington County have known PARKER for more than 15 years and know him to be a life long friend of RICKY and TYRONE JONES, and their family.  While at the facility, PARKER made numerous calls on inmate-accessible telephones[4]. Further, the telephone system recorded the numbers dialed, the time at which the calls began, and the length of the calls.

---

[4]     Inmates are warned by a posted sign and a recorded voice message that all of their calls are monitored and may be recorded.  Frequently, inmates using these telephones speak in reduced or coded sentences while communicating with people outside the jail.

15. On or about August 3, 2005, PARKER called AQUANETTE PETERS[5] and instructed her to pick up an object in the closet. PARKER advised the object is a "hammer." "Hammer" is a common street term for a firearm. PETERS told PARKER that TYRONE JONES would pick up the "hammer" (gun) later that evening. PARKER also made 3-way call to TYRONE JONES at xxxxxxxxxxxxxx, the phone billed to **Xxxxxxxxxxxxx address**[6]. PARKER told JONES that AQUANETTE PETERS knew about the "item," and apparent reference to the firearm. In an earlier three-way call between PARKER, TYRONE JONES and UMEKA PULLIAM, TYRONE JONES stated his address is **xxxx Xxxxxxxxxxxxxxx, Washington, D.C. xxxxx**.

16. In August 2005, Detective John Feden of the Xxxxxxxx County Police Department utilized a cooperating source, (hereafter referred to as "CS-2", during this investigation. Regardless of the gender of CS-2, CS-2 will be referred to in the masculine gender. CS-2 has made statements against his own penal interests and have provided law enforcement both reliable and credible information during this investigation. Detective Feden is assigned to the Xxxxxxxx County Police Department Narcotics Section.

---

[5]     On or about August 17, 2005, TFO Thomas Hanula executed a Search Warrant at xxxx Xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, Xxxxxxxx, Virginia after an arrest of a defendant for Conspiracy to Distribute more than 50 grams of crack cocaine. A very large amount (over $14,000) in U.S. currency was recovered during this search. Also recovered was a piece of paper containing the following information on it: "Aquanette, xxxxxxxxxxxx, Ty, xxxxxxxxxxx, **xxxx Xxxxxxxxxxx, Washington, D.C. xxxxx**." TFO Hanula is an Xxxxxxxx County Virginia Police Detective assigned to the Drug Enforcement Administration's Northern Virginia High Intensity Drug Trafficking Area Task Force (HIDTA). Hanula has known the Carter/Jones family for more than 15 years.

[6]     This same phone was later billed to the **Xxxxxxxxxxxxx address**.

17.    On or about August 29, 2005,  CS-2, while acting under the direction and supervision of law enforcement authorities, arranged the purchase of crack cocaine from a subject known as "RICKY" or "SLICK RICK".  Detective Feden was working in an undercover capacity, accompanied CS-2 to the meet location. Detective Feden and CS-2 met RICKY JONES at a restaurant in Xxxxxxxx County, Virginia.  During the meeting, RICKY JONES sold what later tested positive for crack cocaine to Detective Feden in exchanged for $450.00.  RICKY JONES stated his cell phone number was xxxxxxxxxxxx.  Investigation revealed that this phone was subscribed to by  RICKY JONES, with a billing address of **xxxx Xxxxxxxxxxxxxxxx, Washington, D.C. xxxxx.**    .

18.    RICKY JONES arrived at the above-mentioned drug transaction driving a 2-door Ford Bronco.  That vehicle was observed parked at both **Xxxxxxxxxxxxx** address and **Xxxxxxxxxxxxx** address during surveillance on February 5, and February 19, 2006, and December 8, 2005.   (The tag for this vehicle changed during the period of the investigation, and CHANNELL HAMMOND registered the vehicle to herself.[7]  Detectives familiar with RICKY JONES believe that CHANNELL HAMMOND is romantically linked to RICKY JONES.)

19.    After the drug transaction, Detective Feden obtained a police photo of RICKY JONES with a date of birth of November 1, 1982. Detective Feden identified RICKY JONES as being the "RICKY" who sold him the crack cocaine.

---

[7]    I obtained a copy of the Xxxxxxxx County Detention Center Visitor Personal Information for RICKY JONES. CHANELL HAMMOND, residing at xxxxxxxxxxxx,xxxxxxx xxxxxxxxxxxxx, Virginia with a Date of Birth of xxxxxx, is listed as a visitor. TYRONE JONES, residing at **xxxx Xxxxxxxxxxxxx #xxx, Xxxxxx xxxxx, Washington, D.C.** with a Date of Birth of xxxxxxx is listed as a visitor.

20.    On or about October 6, 2005, RICKY JONES with a Date of Birth of November 1, 1982, was arrested by the Fairfax County, Virginia Police Department. RICKY JONES' address is listed in the Fairfax County Police computer data base as **xxxx Xxxxxxxxxxxxx #xxx, Xxxxxx xxxxx, Washington, D.C. xxxxx.**  This information is normally collected by police through identification and arrestee-reported information.

21.   On or about October 7, 2005, S/A Maye was working in an undercover capacity, arranged the purchase of crack cocaine from TYRONE JONES. S/A Maye met TYRONE JONES in the same shopping center parking lot located in Xxxxxxxx County, Virginia.  During the meeting, TYRONE JONES distributed 26.7 grams of what later tested positive for crack cocaine to S/A Maye in exchange for $1,100.

22.   TYRONE JONES arrived at the above mentioned crack cocaine deal driving a blue 4-door Cadillac bearing Virginia "xxxxxxxx". The vehicle is registered to a Macon Taylor Jr, at xxxxxxxxxxxxxxxxxxxxxxxxxxxxx Xxxxxxxxxxxxx Virginia xxxxxx.  (Taylor's role in this group, if any, is not clear.)  This appeared to be the same car that was observed parked in front of **Xxxxxxxxxxxxx** and **Xxxxxxxxxxxxx** during surveillance of these locations as set forth above.

23.   On or about October 21, 2005 at approximately 8:09 p.m., an Xxxxxxxx County Police Officer conducted a traffic stop on a dark blue 4-door Cadillac bearing Virginia plate "xxxxxxx."  The traffic stop occurred in Xxxxxxxx County, Virginia. The occupants of the vehicle were identified as TYRONE JONES and RICKY JONES. RICKY JONES gave his address as **xxxx Xxxxxxxxxxxxx #xxx, Xxxxxx xxxxx, Washington, D.C.** and a home phone

number of xxxxxxxxxxxx[8].  TYRONE JONES also gave his address as **xxxx Xxxxxxxxxxxxx,**

**xxxxxx xxxxx, Washington, D.C.** and a home phone number of xxxxxxxxxxxxxx (the land-line

in Tonglya Carter's name).

24.    On or about November 27, 2005, Officer E. Einbinder of the Xxxxxxxx County

Police Department conducted a traffic stop on a 1997 four-door Ford bearing Washington, D.C.

"Xxxxxx". The traffic stop occurred in Xxxxxxxx County Virginia. Officer Einbinder issued a

Virginia Uniform Summons to TYRONE JONES for a reckless driving violation. The Virginia

Uniform Summons listed TYRONE JONES' address as **xxxx Xxxxxxxxxxxxx #xxx, Xxxxxx**

**xxxxx, Washington, D.C**. TYRONE JONES stated that the vehicle belonged to his girlfriend.

25.    The four-door Ford bearing Washington, D.C. license plates "Xxxxxx" is registered

to CHEQUITA SADE ARCHIE at **xxxx Xxxxxxxxxxxxx, Xxxxx xxxxx, Washington, D.C.**,

DOB:xxxxxx, OLN: xxxxx-xxxx. A Criminal History Record check was conducted on ARCHIE.

The Criminal History Record check revealed ARCHIE was arrested by the Washington, D.C.

Metropolitan Police Department in July 2004, for Possession with Intent to Distribute crack

cocaine, and ARCHIE's last reported address was **xxxxxxxxxxxxxxxxxxxxxxxxxxxxx,**

**Washington, D.C.**

26.    In November 2005, RICKY JONES was arrested for Possession with Intent to

Distribute crack cocaine in Fairfax and thereafter posted bond.  Afterwards, RICKY JONES was

arrested for a violation of probation and placed in the Xxxxxxxx County Adult Detention Center

---

[8]    Investigation revealed that this a land-line phone that is active at the
**Xxxxxxxxxxxxx** address and is subscribed to by Tonglya Carter, the mother of TYRONE
JONES and RICKY JONES.

in Xxxxxxxx, Virginia.[9]  While in jail, RICKY JONES made numerous calls on telephones, which warned him at the beginning of the call that inmate conversations may be monitored and recorded. Further, the telephone system recorded the numbers dialed, the time at which the calls began, and the length of the calls. The below listed paragraphs are several recorded conversations;

A) On or about December 4, 2005, RICKY JONES called xxxxxxxxxxxxxxx and spoke with TYRONE JONES. A three-way call is made to their mother. During the conversation, RICKY stated he owed his mother (Tonglya Carter, who was convicted of Possession with Intent to Distribute crack cocaine in the early 1990s) a "G," which is a common street term for one thousand dollars.   RICKY instructed his mother to give TYRONE "4," a coded reference to $4,000.

B) On or about December 4, 2005, RICKY JONES again called TYRONE JONES at xxxxxxxxxxxxxx. During the conversation, RICKY instructed TYRONE JONES to give "CHANELL" another "4," or $4,000.[10]

C) On or about December 6, 2005, RICKY JONES called TYRONE JONES at xxxxxxxxxxxxxx.  During the conversation, TYRONE told RICKY he gave "10" ($10,000) to CHANELL, and that he had not been to their mother's house yet.

---

[9]     RICKY JONES was on probation following a conviction for Possession of a Firearm by a Convicted Felon.

[10]     Records from the Xxxxxxxx County Detention Center Visitor Personal Information for RICKY JONES reveal that CHANELL HAMMOND, residing at xxxxxxxxxxxx xxxxxxxxxxxxxxxxxxx, Virginia with a Date of Birth of xxxxx, visited JONES.  CHANELL HAMMOND.  She was also the registered owner of the Ford Bronco believed to the same car driven by RICKY JONES to meet the undercover for a drug sale in Xxxxxxxx County.

D) On or about December 11, 2005, RICKY JONES called TYRONE JONES at xxxxxxxxxxxxxx. Part of the conversation was about their mother holding money for them. A three-way call was made to their mother. During the conversation, RICKY asked his mother if CHANELL dropped off the money.  The mother advised she received the money thirty minutes ago.[11]

F) On or about January 31, 2006, RICKY JONES called TYRONE JONES at xxxxxxxxxxxxxx. During the conversation, TYRONE advised RICKY that he puts money in RICKY's jail books.  RICKY asked TYRONE what is he doing with his money and TYRONE advised he likes to hold it.  TYRONE tells RICKY that his girl "SADE" (CHEQUITA SADE ARCHIE, the woman arrested in D.C. for Possession with Intent to Distribute crack cocaine.) has keys to his Crown Victoria and the car is in her name.   Jail records reveal that a CHEQUITA SADE ARCHIE, residing at **xxxx Xxxxxxxxxxxxx, Xxxxxx xxxxx, Washington, D.C.** with a Date of Birth of xxxxxxx is listed as a visitor.

G)  On or about February 3, 2006, RICKY JONES called xxxxxxxxxx, the land-line to the Xxxxxxxxxxxxx address which is subscribed to by JONES' mother, Tonglya Carter. During the call, RICKY talked to a young female. The young female advised RICKY that an attempted burglary occurred at the house and she was worried about the safe.  RICKY  asked if "TY" came and get the safe. The young female replied "no."

---

[11]        On or about December 16, 2005, RICKY JONES called TYRONE JONES at xxxxxxxxxxxxxxx, the phone billed to the **Xxxxxxxxxxxxx** address.  A three-way call is made to CHANELL. During the conversation, CHANNELL advised she moved to xxxxxxxxxxxx, xxxxxxxxxxxxxxxx, Maryland.

27. On or about December 8, 2005, at approximately 5:27 a.m., I conducted surveillance at **xxxx Xxxxxxxxxxxxx, Xxxxxx xxxxx, Washington, D.C.** I observed a blue Ford Bronco bearing Virginia license plate "xxxxxxx" and the blue Cadillac bearing Virginia license plate xxxxxx" parked in the rear alley directly behind the residence.   The blue Ford Bronco bearing Virginia license plates "JXU7411" is registered to CHANELL NICOLE HAMMOND at xxxxxxxxxxxxx, Xxxxxxxx, Virginia xxxxx.[12]

28.   On or about January 3, 2006, at approximately 7:45 a.m., I conducted surveillance at **xxxx Xxxxxxxxxxxxx, Xxxxxx xxxxx, Washington, D.C.** I observed the blue Cadillac bearing Virginia license plate "JRU 5020" parked in the rear alley directly behind the residence.

29.   On or about January 10, 2006, S/A Maye contacted TYRONE JONES at xxxxxxxxxxxxxx S/A Maye engaged TYRONE JONES in a conversation about future purchases of crack cocaine.   TYRONE JONES assured Maye that the price for crack cocaine had not changed and that he could meet Maye at the same location they had met in the past.

---

[12]     In late December, 2005, Xxxxxxxx County officers arrested a male subject with approximately 28 grams of crack cocaine.  He gave a post-rights statement in which he named TYRONE JONES and RICKY JONES as his suppliers.  He further stated that he had purchased crack cocaine from TYRONE JONES between 15 to 20 times, and that he used the same cell number that S/A Maye used to contact JONES when he needed crack.  His statement was corroborated by the fact that both JONES' brothers' cell phone numbers were stored in the subject's telephone.  He specifically stated that he had purchased the drugs from JONES at both the **Xxxxxxxxxxxxx** address and at the **Xxxxxxxxxxxxx** address.  Also, he purchased crack at least once in the last 18 month before he was arrested from RICKY JONES in front of the **Xxxxxxxxxxxxx** address.  The subject was released in the hope that he would be a valuable law enforcement source.  However he returned to his use of illicit drugs.  When he finally got in contact with his handling detective in February, 2006, he admitted that he had continued to purchase crack from TYRONE JONES after his arrest and release.  He added that he had gone to the **Xxxxxxxxxxxxx** address to get the drugs.  Xxxxxxxx County officers are not aware of any false statements the subject made, but he did not cooperate with them as hoped.

30.   In January 2006, I served a U. S Department of Justice/DEA Administrative Subpoena to the Custodian of Records at Xxxxxxxxx Apartments, located at **xxxx Xxxxxxxxxxxxx, Xxxxxx xxxxx, Washington, D.C.,** requesting all tenant names on the first and second floors. I was provided the rent roll for January, 2006. TYRONE JONES is listed as the renter in **xxxx Xxxxxxxxxxxxx, Xxxxxx xxxxx, Apartment #xxx, Washington, D.C.**

31. On or about February 5, 2006, at approximately 7:00 a.m., I conducted surveillance at **xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, Washington, D.C.** I observed the blue 4-door Cadillac bearing Virginia license plate "JRU-5020", the 4-door Ford Crown Vic bearing Washington, D.C. license plate "Xxxxxx", and the blue Ford Bronco bearing Virginia License plate "JXU7411" parked in the rear alley directly behind residence.  The Cadillac and the Ford were used by TYRONE JONES or RICKY JONES to make drug deals during the course of the investigation.  The Crown Vic was the car in CHEQUITA SADE ARCHIE's name, and was discussed in the jail call listed above.

32. On or about February 16, 2006, at approximately 8:42 p.m., I conducted surveillance at **xxxx Xxxxxxxxxxxxx, Xxxxxx xxxxx, Washington, D.C.** I observed the blue 4-door Cadillac bearing Virginia license plate "JRU-5020" parked in the parking lot of the apartment complex.

33.  On or about February 17, 2006,  I received information from the United States Postal Inspection Service that JONES was currently receiving mail at **xxxx Xxxxxxxxxxxxx #xxx, Xxxxxx xxxxx, Washington, D.C.** The United States Postal Inspection Service also advised Tonglya Carter, the mother of both JONES men, was currently receiving mail at **xxxx Xxxxxxxxxxxxx Xxxxxx xxxxx #xxx, Washington, D.C.**

22

34. On or about February 19, 2006, at approximately 6:30 a.m., I conducted surveillance at **xxxx Xxxxxxxxxxxxx, Xxxxxx xxxxx, Washington, D.C.** I observed the blue 4-door Cadillac bearing Virginia license plate "JRU-5020" parked in the parking lot of the apartment complex.

35. On or about February 19, 2006, at approximately 6:45 a.m., I conducted surveillance at **xxxx Xxxxxxxxxxxxx, Xxxxxx xxxxx, Washington, D.C.** I observed the blue Ford Bronco bearing Virginia license plate "JXU7411" parked in the rear alley directly behind the residence.

36. On or about February 19, 2006, at approximately 7:00 a.m., I conducted surveillance at **xxxx Xxxxxxxxxxxxx, Xxxxxx xxxxx, Washington, D.C.** I observed the green Mercury Mountaineer bearing Washington, D.C. license plate "BY 1204" parked in the parking lot of the apartment complex.

37. On or about February 21, S/A Maye, working in an undercover capacity, called TYRONE JONES at xxxxxxxxxxxx and made arrangements to purchase a quantity of crack cocaine. TYRONE JONES advised S/A Maye to call him on February 22, 2006.

38. On or about February 22, 2006, at approximately 11:00 a.m., law enforcement officers conducted pre-surveillance at **xxxx Xxxxxxxxxxxxx Xxxxxx xxxxx, Washington, D.C.** and **xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, Washington, D.C.** Law Enforcement officers observed a blue 4-door Cadillac bearing Virginia "JRU-5020" parked in the parking lot at **xxxx Xxxxxxxxxxxxx Xxxxxx xxxxx, Washington, D.C.**

39. At approximately 11:30 a.m., S/A Maye called JONES at xxxxxxxxxxxx and they agreed to meet in the parking lot of a shopping center in Fairfax County Virginia to complete the deal.

40. At approximately 12:00 p.m., law enforcement officers observed a black male subject matching TYRONE JONES'description exit the building located at **xxxx Xxxxxxxxxxxxx** and enter the blue 4-door Cadillac bearing Virginia "JRU-5020."  Law enforcement officers followed the listed vehicle through several neighborhoods in the southeast section of Washington, D.C. During this surveillance, TYRONE JONES drove in an erratic manner, consistent with what law enforcement officers experience shows to an attempt at counter-surveillance.

42.  I was conducting stationary surveillance in the area of **xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, Washington, D.C.** At approximately 12:20 p.m., law enforcement officers advised the listed vehicle was heading in the direction of **xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, Washington, D.C.** Law Enforcement officers continued to follow the listed vehicle. I observed the listed vehicle (blue Cadillac) turn into the alley that leads to the rear of **xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, Washington, D.C.** I observed the listed vehicle park directly behind **xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, Washington, D.C.** I further observed a black male subject matching the description of JONES exit the listed vehicle and walk toward the rear of **xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, Washington, D.C.**

43. At approximately 12:30 p.m., I observed a dark colored Ford Crown Victoria bearing Washington, D.C. license plates "Xxxxxx" parked directly to the rear **xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, Washington, D.C.**  A black female subject exited the Ford Crown Victoria and walked directly to the rear of **xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, Washington, D.C.**

44. S/A Maye was at the meeting location and called TYRONE JONES. TYRONE JONES agreed to meet S/A Maye at approximately 1:10 p.m. S/A Maye advised he heard a female subject talking in the background during the conversation.

45. At approximately 12:48 p.m., I observed the same black female subject walking from the rear of **xxxxxxxxxxxxxxxxxxxxxxxxxxxxx, Washington, D.C.** The black female subject enter the Ford Crown Victoria and drove out of the area.

46. At approximately 12:54 p.m., I observed the same black female driving the same Ford Crown Victoria return to **xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, Washington, D.C.** and parked to the side of the address. The black female exited the vehicle and entered the front door of **xxxxxxxxxxxxxxxxxxxxxxxxxxxxx, Washington, D.C.** At approximately 1:03 p.m., the same black female subject walked out the front door of **xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, Washington, D.C.** The black female subject entered the Ford Crown Victoria and drove out of the area.

47. At approximately 1:07 p.m., I observed the same black male subject (matching the description of JONES) walking from the rear of **xxxxxxxxxxxxxxxxxxxxxxxxxxxxx, Washington, D.C.** The black male subject entered the same 4-door blue Cadillac.

48. Law enforcement Officers followed the blue Cadillac directly to a shopping center parking lot, located in Fairfax County Virginia, within the Eastern District of Virginia where TYRONE JONES met S/A Maye.

49. Upon arrival to the parking lot, S/A Maye entered the passenger side of blue Cadillac. S/A Maye identified JONES as the driver of the blue Cadillac. During the meeting, JONES distributed a quantity of crack cocaine to S/A Maye in exchange for $1,000. S/A Maye

observed JONES in possession of an additional amount of crack cocaine. S/A Maye advised the additional crack cocaine was wrapped in plastic bags. S/A Maye further advised JONES offer to sell him a 1/8 of kilo of crack cocaine on the next deal.

50. On or about February 26, 2006, at approximately 6:28 a.m., I conducted surveillance at **xxxx Xxxxxxxxxxxxx, Xxxxxx xxxxx, Washington, D.C.** I observed the blue 4-door Cadillac bearing Virginia license plate "JRU-5020" and the 4-door Ford Crown Victoria bearing Washington, D.C. license plate "Xxxxxx" parked in the rear alley behind the residence.

51. On or about February 26, 2006, at approximately 6:52 a.m., I conducted surveillance at **xxxx Xxxxxxxxxxxxx, Xxxxxx xxxxx, Washington, D.C.** I observed the blue Ford Bronco bearing Virginia license plate "JXU7411" parked in the parking lot of the apartment complex. This appeared to be the same Ford that was used in the earlier drug transactions.

52. On or about February26, 2006, at approximately 7:20 a.m., I conducted surveillance at **xxxx Xxxxxxxxxxxxx, Xxxxxx xxxxx, Washington, D.C.** I observed the green Mercury Mountaineer bearing Washington, D.C. license plate "BY 1204" parked in the parking lot of the apartment complex. This was the same Mercury that was used in one of the drug transactions.

**SUMMARY OF PROBABLE CAUSE FOR xxxx Xxxxxxxxxxxxx, #xxx, WASHINGTON, D.C. xxxxx**

53. Special Agent Dennis Maye has been purchasing quantities of crack cocaine from TYRONE JONES since April, 2004. JONES has never been without cocaine during this investigation and appears to be a long-term drug seller who has not abandoned his criminal activities. At their first meeting, TYRONE JONES provided S/A Maye with his phone number

that is subscribed to by TYRONE JONES, with SS# xxxxxxx, DOB: xxxxxxxx, and address of **xxxx xxxxxxxxxxxxxx. xxx, Washington, D.C. xxxxx.**   TYRONE JONES arrived at a July, 2004 crack cocaine transaction driving a vehicle that is registered to Tonglya Carter at this address.  Prior to a crack cocaine sale by TYRONE JONES in September, 2004, TYRONE JONES was observed by law enforcement leaving this address.   Footnote 12 is incorporated by reference herein.

54.  In August, 2005, RICKY JONES sold crack cocaine to an undercover police detective.  RICKY JONES provided his phone number at that drug transaction, and that phone number is subscribed to by RICKY JONES, with an address of **xxxx Xxxxxxxxxxxxxxx, Washington, D.C. xxxxx.**   This address is listed as RICKY JONES' address in the Fairfax County police database, which contains identification and self-reported information.   TYRONE JONES and RICKY JONES were stopped in Xxxxxxxx, Virginia in October, 2005, driving a blue four door Cadillac.  Both provided this address pursuant to this traffic stop.  TYRONE JONES was stopped in Xxxxxxxx, Virginia in November, 2005 and cited for reckless driving. He provided this address to the Xxxxxxxx County police officer.   On February 19, 2006, I observed the green Mercury Mountaineer bearing Washington, D.C. license plate "BY 1204" parked in the lot of this address.   I again observed this vehicle in the lot of this address on February 26, 2006.   This is the same vehicle that TYRONE JONES used in a prior drug transaction.

**SUMMARY OF PROBABLE CAUSE FOR xxxx Xxxxxxxxxxxxxx, #xxxxxx.,
WASHINGTON, D.C.**

55.  On or about August 17, 2005 a search warrant was conducted on a drug trafficking home in Xxxxxxxx, Virginia.  Paper seized contained TYRONE JONES' phone number and this address. The subscriber information and tolls on xxxxxxxxxxxxxxx show the phone number is subscribed to by TYRONE JONES, with a SS# xxxxxxxx,  DOB xxxxxx, and address of **xxxx Xxxxxxxxxxxxx, Washington, D.C. xxxxx.**   On October 9, 2005, a blue 4-door Cadillac bearing Virginia license plate "JRU-5020" was observed in the lot of this address.  This vehicle has been used by Tyrone Jones to conduct drug transactions.  TYRONE JONES and RICKY JONES have been observed together in this vehicle.   The Xxxxxxxxx Apartments, located at **xxxx Xxxxxxxxxxxxx, S.E., Washngton, D.C.**, lists TYRONE JONES as the renter for this address.  The United States Postal service reports that TYRONE JONES receives mail at this address. On February 16, 2006, and again on February 19, 2006, I observed the blue 4-door Cadillac bearing Virginia license plate "JRU-5020" parked in the parking lot of the apartment complex.  On February 22, 2006 officers observed TYRONE JONES exit the building at **xxxx Xxxxxxxxxxxxx** at approximately 12:00 p.m.  Surveillance was conducted on TYRONE JONES from the time he left this address until he conducted a crack cocaine transaction with S/A Maye later that same day.  Footnote 12 is incorporated by reference herein.

**SUMMARY OF PROBABLE CAUSE TO SEARCH xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, WASHINGTON D.C.**

56.  TYRONE JONES was issued a reckless driving citation in Xxxxxxxx County while he was driving a four-door Ford bearing Washington D.C. license plates "Xxxxxx."  This vehicle is registered to CHEQUITA SADE ARCHIE at this address. ARCHIE was arrested during the

period of the investigation in Washington, D.C. for Possession with Intent to Distribute crack cocaine. On or about December 8, 2005 I conducted surveillance at **xxxx Xxxxxxxxxxxxx, Xxxxxx xxxxx, Washington, D.C.** I observed the blue Ford Bronco bearing Virginia license plate "JXU7411" and the blue Cadillac bearing Virginia license plate xxxxxx" parked in the rear alley directly behind the residence.  The blue cadillac was again observed at this address on January 3, 2006 and February 5, 2006.  Other vehicles associated with the drug dealing of TYRONE JONES and RICKY JONES were observed at this residence on February 5, 2006, and February 19, 2006. TYRONE JONES was observed leaving this location just prior to a drug transaction with S/A Maye on February 22, 2006.  TYRONE JONES traveled directly to the meeting with S/A Maye where TYRONE JONES sold him crack cocaine.  Law enforcement conducted surveillance on TYRONE JONES from this address to his meeting with S/A Maye. TYRONE JONES made no stops before he sold crack cocaine to S/A Maye.  S/A Maye observed a sizeable additional amount of crack cocaine held by TYRONE JONES.  Footnote 12 is incorporated by reference herein.

**CONCLUSION**

Based on the foregoing information, there is probable cause to believe that the premises

known as **xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, Washington, D.C., xxxx**

**Xxxxxxxxxxxxx, #xxx Xxxxxx xxxxx, Washington, D.C.**, and

**xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, Washington, D.C.**,  contains property constituting

evidence of violations of 21 United States Code Section 846 and 841, the fruits of the crime,

property designed or intended for use and which is and has been used as the means of committing

the offense and those items listed on Attachment D, which is incorporated by reference.


_____
Warren A. McGee
Task Force Officer
Drug Enforcement Administration




Subscribed and sworn to before me

this _____ day of March, 2006.


_____

UNITED STATES MAGISTRATE JUDGE

_____