AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

3074 Stanton Road, S.E.
#103
Washington, D.C.

**SEARCH WARRANT**

CASE NUMBER: 06 - 105 - M - 01

TO:  Warren A. McGee  and any Authorized Officer of the United States

Affidavit(s) having been made before me by  Task Force Officer Warren A. McGee  who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

3074 Stanton Road, S.E.
#103
Washington, D.C.

FILED
MAR 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

SEE ATTACHED AFFIDAVIT

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before  03/23/06 
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAR 13 2006                         at Washington, D.C.
Date and Time Issued
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE                    /s/ John M. Facciola
Name and Title of Judicial Officer       Signature of Judicial Officer

| | RETURN | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 3/13/06 | 3/15/06, 7:10 a.m. | Tonglya Carter |

INVENTORY MADE IN THE PRESENCE OF  Tonglya Carter

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

See Attachment (Form DEA-12)



FILED
MAR 22 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

x D.a.McGee

Subscribed, sworn to, and returned before me this date.

_____     03/20/06
U.S. Judge or U.S. Magistrate Judge     Date

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)
TFO WEBB BUTLER
GROUP 10
DEA

**FILE NO.** G21-04-0376
**G-DEP IDENTIFIER:**
**FILE TITLE:**
**DATE:** 3-15-06

**DIVISION/DISTRICT OFFICE:** WDO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1. | COLT 45 CAL. SEMI AUTO, MAGAZINE WITH 8 ROUNDS | FLETMAN |
| 2. | 380 MAGAZINE WITH 6 ROUNDS | FLETMAN |
| 3. | WASH. D.C. ID CARD COREY CARTER AND PHOTO | FLETMAN |
| 4. | PACKAGING BAGS WITH BLUE TINT AND VA. CARDINAL 6220 4480 0308 3302 | FLETMAN / MARKET |
| 5. | KODAK CAMERA | FLETMAN |
| 6. | PHOTO'S, DOCUMENTS, ADDRESS LOG, PHONE BILL, COURT PAPERS, ADDRESS BOOK | FLETMAN / MARKET |
| 7. | ASSORTED PAPERS, DOCUMENTS, PHOTOS | FLETMAN / GAVIN |
| 8. | SENTRY SAFE MODEL # V120, SERIAL # U99322 | MARKET |
| 9. | RECORDS, DOCUMENTS + PHOTOGRAPHS | |
| 10. | U.S. CURRENCY | MARKET |

**RECEIVED BY (Signature):** X Tanalya Carter
**NAME AND TITLE (Print or Type):** Tanalya Carter

**WITNESSED BY (Signature):** Webb Butler
**NAME AND TITLE (Print or Type):** TFO Webb Butler

FORM DEA-12 (9-00) Previous editions obsolete      Electronic Form Version Designed in JetForm 5.2 Version